## Capital Investment Listing
### 2011/12 Plan Year

| Property Name: | Ocean Place Resort & Spa | | | | | | | | | | | | | | | Page: | 1 of 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GM Name: | Brian Czechowski | | | | | | | | | | | | | | | Updated: | 06/29/11 |

| | Budgeted | Project | Monthly Distribution of Funds: | | | | | | | | | | | | | Sub-Total | Variance |
| | | | 2011 | | | 2012 | | | | | | | | | | | |
| Project Detail | Amount | Status | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | Amount | To Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capital Projects:** | | | | | | | | | | | | | | | | | | 0 | 0 |
| I - Public Space: | | | | | | | | | | | | | | | | | | 0 | 0 |
|   Mezz Corridor | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Replace Carpet - 3997 Sq Ft | 30,260 | B | | | | | | 30,260 | | | | | | | | | | 30,260 | 0 |
|   Lobby | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Chair - Upholstery | 7,200 | B | | | | 7,200 | | | | | | | | | | | | 7,200 | 0 |
|     Couch - Upholstery | 4,250 | B | | | | 4,250 | | | | | | | | | | | | 4,250 | 0 |
|     Fountain Carpet & Area Rugs | 30,000 | B | | | | 30,000 | | | | | | | | | | | | 30,000 | 0 |
| | | | | | | | | | | | | | | | | | | 0 | 0 |
| II - Guest Rooms: | | | | | | | | | | | | | | | | | | 0 | 0 |
|   Replace Thermostats | 114,300 | B | | | | 114,300 | | | | | | | | | | | | 114,300 | 0 |
|   LG Flat Screen TV's | 141,900 | B | | | | 141,900 | | | | | | | | | | | | 141,900 | 0 |
|   HD System Upgrade | 45,000 | B | | | 45,000 | | | | | | | | | | | | | 45,000 | 0 |
|   Granite Top - Existing Armoire | 93,600 | B | | | 93,600 | | | | | | | | | | | | | 93,600 | 0 |
|   Replace Cracked Entry Doors | 22,500 | B | | | 22,500 | | | | | | | | | | | | | 22,500 | 0 |
|   Renovate Suites - 826,926,1026,1125 | 75,000 | B | | | | | | 75,000 | | | | | | | | | | 75,000 | 0 |
|   Paint Guest Rooms | 279,400 | B | | | | 140,000 | 139,400 | | | | | | | | | | | 279,400 | 0 |
|   Hair Dryers, Make Up Mirror, Sheers | 99,600 | B | | | | | | 99,600 | | | | | | | | | | 99,600 | 0 |
|   Shower Rod Replacement | 12,700 | B | | | | 12,700 | | | | | | | | | | | | 12,700 | 0 |
|   Carpet Replacement | 100,000 | B | | | | | | | | 50,000 | 50,000 | | | | | | | 100,000 | 0 |
| | | | | | | | | | | | | | | | | | | 0 | 0 |
| III - Food & Beverage: | | | | | | | | | | | | | | | | | | 0 | 0 |
|   Ocean View/Palm Court | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Carpet | 90,644 | B | | | | 90,644 | | | | | | | | | | | | 90,644 | 0 |
|     Chairs | 37,500 | B | | | 37,500 | | | | | | | | | | | | | 37,500 | 0 |
|   Kitchen | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Dish Washer | 145,000 | B | | | | 145,000 | | | | | | | | | | | | 145,000 | 0 |
|     FRP Wall Replacement | 30,000 | B | | 30,000 | | | | | | | | | | | | | | 30,000 | 0 |
|     Banquet - Combi Oven | 65,000 | B | 65,000 | | | | | | | | | | | | | | | 65,000 | 0 |
| | | | | | | | | | | | | | | | | | | 0 | 0 |
| IV - Meeting & Event Space | | | | | | | | | | | | | | | | | | 0 | 0 |
|   Mezz board Room | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Draperies | 9,500 | B | 9,500 | | | | | | | | | | | | | | | 9,500 | 0 |
|     Carpet | 7,616 | B | | | 7,616 | | | | | | | | | | | | | 7,616 | 0 |
|   Presidential Room | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Strip Wall & Paint | 12,000 | B | | | | 12,000 | | | | | | | | | | | | 12,000 | 0 |
|     Carpet | 30,260 | B | | | | 30,260 | | | | | | | | | | | | 30,260 | 0 |
|   Ball Room Foyer | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Carpet | 34,000 | B | | | | 34,000 | | | | | | | | | | | | 34,000 | 0 |
|     Chairs & Bench Seat | 4,500 | B | | | | 4,500 | | | | | | | | | | | | 4,500 | 0 |
|   Carpet Replacement | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Monmouth Ballroom | 80,172 | B | | | | 80,172 | | | | | | | | | | | | 80,172 | 0 |
|     Atlantic Ballroom | 78,608 | B | | | | 78,608 | | | | | | | | | | | | 78,608 | 0 |
|     Oceanport & Sea Bright+D25 | 67,252 | B | | | | 67,252 | | | | | | | | | | | | 67,252 | 0 |
|   Lighting | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Foyer, Ballroom, Corridors | 125,000 | B | | | 125,000 | | | | | | | | | | | | | 125,000 | 0 |
| | | | | | | | | | | | | | | | | | | 0 | 0 |
| V - Building Exterior: | | | | | | | | | | | | | | | | | | 0 | 0 |
|   Outdoor Jacuzzi - Re-Pipe/Jets | 10,000 | B | 10,000 | | | | | | | | | | | | | | | 10,000 | 0 |
|   Parking Lot - Repave Portions | 50,000 | B | | | | | | | | 50,000 | | | | | | | | 50,000 | 0 |
|   Exterior Doors - Replace | 25,000 | B | 25,000 | | | | | | | | | | | | | | | 25,000 | 0 |
| | | | | | | | | | | | | | | | | | | 0 | 0 |
| VI - Building Interior: | | | | | | | | | | | | | | | | | | 0 | 0 |
|   Phase Protection/Electrical | 38,000 | B | 38,000 | | | | | | | | | | | | | | | 38,000 | 0 |
|   Elevators Upgrade | 657,900 | B | | | | | | | | | | | 50,000 | 375,000 | 232,900 | | | 657,900 | 0 |
|   HVAC/Utility Energy Mgt | 120,000 | B | | | 120,000 | | | | | | | | | | | | | 120,000 | 0 |
|   Balcony Drainage/2nd Fl Roof | 30,000 | B | | | 30,000 | | | | | | | | | | | | | 30,000 | 0 |
|   Indoor Pool - Dehumidifier | 35,000 | B | 35,000 | | | | | | | | | | | | | | | 35,000 | 0 |
|   HVAC - Roof Top Units | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Monmouth - 3, 4, 5 York | 58,500 | B | | | | | | 58,500 | | | | | | | | | | 58,500 | 0 |
|     Palm Court - Climate Master | 21,500 | B | 21,500 | | | | | | | | | | | | | | | 21,500 | 0 |
|   Domestic Water Booster Pumps | 29,000 | B | 29,000 | | | | | | | | | | | | | | | 29,000 | 0 |
|   Fire Alarm | | | | | | | | | | | | | | | | | | 0 | 0 |
| *    Replace/Repair Fan Control to Close Permit | 20,000 | B | | | | | | 20,000 | | | | | | | | | | 20,000 | 0 |
| *    Fresh Air Intake Dampers | 24,000 | B | | | | | | | | 24,000 | | | | | | | | 24,000 | 0 |
| *    Access Doors | 35,000 | B | | | | | | 35,000 | | | | | | | | | | 35,000 | 0 |
|   Laundry | | | | | | | | | | | | | | | | | | 0 | 0 |
|     Milnor 275lbs Wash w/Rigging | 83,580 | B | | | | | | | | | | | | | 83,580 | | | 83,580 | 0 |
|     Milnor 160 lbs Wash w/Rigging | 40,000 | B | | | | | | 40,000 | | | | | | | | | | 40,000 | 0 |
|   WIFI - Through Out | 35,000 | B | 35,000 | | | | | | | | | | | | | | | 35,000 | 0 |
| | | | | | | | | | | | | | | | | | | 0 | 0 |
| **Sub-Total Capital Projects** | 3,185,242 | | 268,000 | 180,000 | 331,216 | 649,044 | 483,142 | 358,360 | 0 | 124,000 | 50,000 | 0 | 50,000 | 375,000 | 316,480 | 0 | 0 | 3,185,242 | 0 |

| Project Detail | Budgeted Amount | Project Status | 2011 OCT | NOV | DEC | 2012 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | Sub-Total Amount | Variance To Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Capital Projects:** | | | | | | | | | | | | | | | | | | | |
| **Project Management** | | | | | | | | | | | | | | | | | | | |
| Designer | 31,852 | B | 10,000 | | | 10,000 | | | | 11,852 | | | | | | | | 31,852 | 0 |
| Architect | | | | | | | | | | | | | | | | | | 0 | 0 |
| Contingency Allowance | 100,000 | B | | | | | | | | | | | | 20,000 | 25,000 | 25,000 | 30,000 | 100,000 | 0 |
| Tax/Shipping/Related | 127,410 | B | 10,720 | 7,200 | 13,249 | 25,962 | 19,326 | 14,334 | 0 | 4,960 | 2,000 | 0 | 2,000 | 15,000 | 12,659 | 0 | 0 | 127,410 | 0 |
| Project Management | 47,779 | B | | | 23,811 | | | | | | 23,968 | | | | | | | 47,779 | 0 |
| | | | | | | | | | | | | | | | | | | 0 | 0 |
| **Sub-Total FF&E Projects** | 307,041 | | 20,720 | 7,200 | 37,060 | 35,962 | 19,326 | 14,334 | 0 | 16,812 | 25,968 | 0 | 2,000 | 35,000 | 37,659 | 25,000 | 30,000 | 307,041 | 0 |
| **Total** | 3,492,283 | | 288,720 | 187,200 | 368,276 | 685,006 | 502,468 | 372,694 | 0 | 140,812 | 75,968 | 0 | 52,000 | 410,000 | 354,139 | 25,000 | 30,000 | 3,492,283 | 0 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anticipated FF&E Reserve | | 2,482,313 | 41,806 | 29,540 | 23,112 | 24,199 | 25,494 | 55,681 | 85,902 | 113,403 | 155,010 | 153,230 | 116,379 | 86,632 | 45,156 | 31,313 | 23,112 | 3,492,283 | |
| FF&E Reserve Beginning Balance (Jun thru Sep) | | 482,313 | | | | | | | | | | | | | | | | | |
| Capital Funding - from Restructuring | | 2,000,000 | | | | | | | | | | | | | | | | | |
| Running Account Balance | | | 2,235,399 | 2,077,739 | 1,732,576 | 1,071,769 | 594,795 | 277,782 | 363,684 | 336,275 | 415,317 | 568,548 | 632,927 | 309,559 | 576 | 6,888 | 1 | | |
| | | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | |

\* The project status box should contain the following:  "B" - Budget, "I" - In-Process, "C" - Complete, and "H" - On Hold.        ▓ = Budgeted Amount        ▓ = Paid Amount