UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on 7/20/2011 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Ocean Place Development LLC

Case No.: 11-14295

Hearing Date: July 18, 2011

Judge: Michael B. Kaplan

Chapter: 11

Recommended Local Form:   ☑ Followed    ☐ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF A MOTION TO DISMISS CASE FOR OTHER REASONS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: 7/20/2011**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on <u>     February 23     </u>, 20 <u>11</u> by <u>Joseph Boyle on behalf of AFP 104 CORP.</u> for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

*Approved by Judge Michael Kaplan July 20, 2011*